UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62104-CIV-DIMITROULEAS

ADJ 26 LLC and FUME, LLC,

    Plaintiffs,

v.

ISRAEL ISAAC GIGI, YAKAV ZROYA,
and REAL DISTRIBUTION, LLC,

    Defendants.

_____/

**<u>ORDER ADOPTING OMNIBUS REPORT AND
RECOMMENDATION OF MAGISTRATE JUDGE</u>**

THIS CAUSE is before the Court on Plaintiffs ADJ 26 LLC and FUME, LLC ("Plaintiffs")'s Motion for Preliminary Injunction [DE 8], Defendants Israel Isaac Gigi ("Gigi") and Yakov Zroya ("Zroya")'s Motion to Dismiss [DE 51], and the January 11, 20222 Omnibus Report and Recommendation of Magistrate Judge Jared M. Strauss (the "Report") [DE 111].

The Court notes that no objections to the Report [DE 111] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 98] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 111] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 111] is hereby **ADOPTED** and **APPROVED**;

2. The Court had jurisdiction to enter the TRO against Defendant Gigi and Zroya and has jurisdiction to rule on the merits of the Motion for Preliminary Injunction as to Gigi and Zroya, consistent with the Litigation provision of the Operating Agreement;

3. Plaintiffs' Motion for a Preliminary Injunction as to Defendants Gigi and Zroya, *see* [DE 8], is **DENIED**;

4. Defendants Gigi and Zroya's Motion to Dismiss [DE 51] is hereby **GRANTED IN PART and DENIED IN PART**;

4. Plaintiffs must submit their claims raised in this action against Gigi and Zroya to mediation and/or arbitration under the mediation and arbitration provision of the Operating Agreement if they wish to proceed;

5. Accordingly, the Court now **DISMISSES** Plaintiffs' claims pled herein against Defendants Gigi and Zroya in favor of mediation and/or arbitration.

6. The Clerk is **DIRECTED** to **CLOSE** this case and to **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of January, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record